PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
MATTHEW DE MOURA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Mar 22, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELO DILNAWAZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-CR-69-TLN<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

　　The government's motion to unseal the above-referenced case as to defendant Dilnawaz, to keep the indictment and any reference to the remaining defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: March 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT