PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO DILNAWAZ,<br><br>Defendant. | CASE NO. 2:24-CR-69-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 18, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 18, 2024.

2. By this stipulation, defendant now moves to continue the status conference until July 25, 2024, at 9:30 a.m., and to exclude time between April 18, 2024, and July 25, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, audio recordings, video recordings, and other documents. This discovery has been either produced directly to counsel and/or will be made available for inspection and copying at the U.S. Attorney's Office.

b) Counsel for defendant desires additional time to consult with his client, review discovery, and otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) The defendant has a pending Sacramento County Superior Court Case, in which the Superior Court Judge signed a writ of habeas corpus ad prosequendum. AUSA Emily G. Sauvageau did not object to the US Marshal's Service honoring the writ. As of the date of this filing, the defendant is in transit from federal to state custody pursuant to the writ. Once the Sacramento County Sheriff's Office takes custody of the defendant pursuant to the writ, this Court will lack jurisdiction over the defendant and this case may not proceed until the defendant is returned to federal custody. As such, the parties request to continue the status conference in this case until July 25, 2024.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2024 to July 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: April 16, 2024

/s/ Philip Cozens
PHILIP COZENS
Counsel for Defendant
ANGELO DILNAWAZ

## ORDER

IT IS SO FOUND AND ORDERED this 16th day of April, 2024.

Troy L. Nunley
United States District Judge