Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Angelo Dilnawaz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-0069-TLN |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING AND |
| v. | ) ) | ORDER. |
| ANGELO DILNAWAZ, | ) ) ) | |
| Defendant. | ) ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Emily Sauvageau, Esq. and Defendant Angelo Dilnawaz through his attorney Philip Cozens, Esq., that:

    The Status hearing, currently scheduled for July 18, 2024 at 9:30 a.m. in Judge Nunley's Court, be re-scheduled for October 24, 2024 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary because Defendant is in state custody for a murder prosecution and has not been transferred to federal court for this drug case;  Defendant's attorney requires additional time to review and study discovery and other reports received from the United States Attorney's office; and then prepare for the prosecution for Defendant.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

should be excluded from speedy trial calculations from July 18, 2024 through and including October 24, 2024.

It is so stipulated.

Dated: July 15, 2024                    /s/ Emily Sauvageau, Esq.
                                        Emily Sauvageau, Esq.
                                        Assistant United States Attorney
                                        Eastern District of California


                                        /s/ Philip Cozens
                                        Philip Cozens
                                        Attorney at Law
                                        Attorney for Defendant Angelo Dilnawaz

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Hearing currently scheduled for July 18, 2024, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for October 24, 2024, at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from July 18, 2024 through and including October 24, 2024.

Dated: July 16, 2024

                                        Troy L. Nunley
                                        United States District Judge