Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Angelo Dilnawaz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:24-cr-0069 TLN |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE |
| ) | OF STATUS CONFERENCE AND |
| ) | PROPOSED ORDER |
| v. ) | |
| ) | |
| ANGELO DILNAWAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     It is stipulated between the United States Attorney's Office for the Eastern District of California by Special Assistant United States Attorney Matt De Moura, Esq. and Defendant Angelo Dilnawaz through his attorney Philip Cozens, Esq., that:

     The Sentencing hearing, currently scheduled for October 24, 2024 at 9:30 a.m. in Judge Nunley's Court, be re-scheduled for January 16, 2025 at 9:30 a.m. in Judge Nunley's Court. The stipulated continuance is necessary because Defendant Angelo Dilnawaz's attorney requires additional time to review and study discovery received from the Government.

     Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from October 24, 2024 through and including January 16, 2025.

It is so stipulated.

Dated: March 20, 2024                  /s/ Matt De Moura_____
                                       Matt De Moura, Esq.
                                       Assistant United States Attorney
                                       Eastern District of California


                                       /s/ Philip Cozens_____
                                       Philip Cozens
                                       Attorney at Law
                                       Attorney for Defendant Angelo Dilnawaz

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for October 24, 2024 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for January 16, 2025 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from October 24, 2024 through and including January 16, 2025.

Dated: October 23, 2024

_____
Troy L. Nunley
Chief United States District Judge