PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>                        v.<br><br>ANGELO DILNAWAZ,<br><br>                                  Defendant. | CASE NO.  2:24-CR-69-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 16, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 16, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until May 29, 2025, at 9: 30 a.m., and to exclude time between January 16, 2025, and May 29, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant is in state custody pursuant to a writ of habeas corpus ad prosequendum and is pending trial in Sacramento County Superior Court. As such, the parties request to continue the status conference in this case until May 29, 2025.

b)      The government has represented that the discovery associated with this case

includes investigative reports, audio recordings, video recordings, and other documents.  This discovery has been either produced directly to counsel and/or will be made available for inspection and copying at the U.S. Attorney's Office.

c)      Counsel for defendant desires additional time to consult with his client, review discovery, and otherwise prepare for trial.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2025 to May 29, 2025, inclusive, is also excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties request that the Court exclude time under Local Code T4 through the close of business on May 29, 2025.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   ///

2         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4   must commence.

5         IT IS SO STIPULATED.

6

7

8   Dated:  January 8, 2025                  PHILLIP A. TALBERT
                                         United States Attorney

9

10                                       /s/ EMILY G. SAUVAGEAU
                                         EMILY G. SAUVAGEAU

11                                       Assistant United States Attorney

12

13  Dated:  January 8, 2025                  /s/ Philip Cozens
                                         PHILIP COZENS

14                                       Counsel for Defendant
                                         ANGELO DILNAWAZ

15

16

17                               **ORDER**

18        IT IS SO FOUND AND ORDERED this 10th day of January, 2025.

19

20

21

22

23                                         Troy L. Nunley
                                           Chief United States District Judge

24

25

26

27

28