MICHELE BECKWITH
Acting United States Attorney
KRISTIN F. SCOTT
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>ANGELO DILNAWAZ,<br><br>                      Defendant. | CASE NO. 2:24-CR-69-TLN-4<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 29, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant, Angelo Dilnawaz ("the defendant") by and through his counsel of record, hereby stipulate:

1.     By previous order, this matter was set for status on May 29, 2025.

2.     By this stipulation, the parties jointly move to briefly continue the status conference until July 10, 2025, at 9:30 a.m., and to exclude time between May 29, 2025, and July 10, 2025, under Local Code T4.

3.     The parties agree and request that this Court find the following:

a)     The defendant is in state custody pursuant to a writ of habeas corpus *ad prosequendum*. The defendant was recently tried and convicted in Sacramento County Superior Court. As such, the parties request to briefly continue the status conference in this case until July 10, 2025, to look further into the defendant's recent conviction, to

allow the new Assistant United States Attorney time to familiarize herself with the particulars of this case, to allow counsel for the defendant to collect and review discovery, and to meet and confer regarding potential directions for the instant criminal case.

b)      The United States represents that the discovery associated with this case includes investigative reports, audio recordings, video recordings, and other materials that will take time and careful attention to review.  This discovery has been produced directly to counsel for the defendant through the United States' online file-sharing platform and is available for inspection and copying at the U.S. Attorney's Office.

c)      Counsel for the defendant desires additional time to review the state court conviction and its potential impacts on the instant case, consult with his client, obtain and thoroughly review voluminous discovery, conduct his own research related to further understanding the charges and their basis, and to discuss potential resolutions with his client, and otherwise prepare for trial.  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Due to the nature of the investigation and charges against the defendant, the discovery in this case is voluminous and will require careful and thorough review by both parties.  The parties are thus in agreement about this brief continuance.

e)      Based on the above-stated findings, the ends of justice are served by continuing the instant case as requested, and those ends outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2025 to May 29, 2025, inclusive, is also excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy

1    trial. The parties request that the Court exclude time under Local Code T4 through the

2    close of business on July 10, 2025.

3        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

4    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

5    must commence.

6        IT IS SO STIPULATED.

7

8

Dated:  May 23, 2025                        MICHELE BECKWITH
9                                           Acting United States Attorney

10

11                                          /s/ KRISTIN F. SCOTT
                                            KRISTIN F. SCOTT
12                                          Assistant United States Attorney

13

Dated:  May 23, 2025                        /s/ Philip Cozens
14                                          PHILIP COZENS
15                                          Counsel for Defendant
                                            ANGELO DILNAWAZ
16

17

18                          **ORDER**

19    IT IS SO FOUND AND ORDERED this 27th day of May, 2025.

20

21

22

23                                          Troy L. Nunley
24                                          Chief United States District Judge

25

26

27

28