MICHELE BECKWITH
Acting United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0069 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANGELO DILNAWAZ, | DATE: July 10, 2025 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

The United States makes this filing and request for a brief continuance jointly with counsel for the Defendant, Angelo Dilnawaz. It is hereby stipulated between the United States Attorney's Office for the Eastern District of California, as represented by Assistant United States Attorney Kristin F. Scott, and Defendant Angelo Dilnawaz, through his attorney Philip Cozens, Esq., that:

1.      The Status Hearing, currently scheduled for July 10, 2025, at 9:30 a.m. before Judge Nunley be re-scheduled to July 31, 2025, at 9:30 a.m. The stipulated continuance is necessary because Defendant Angelo Dilnawaz's attorney has been assigned to a trial in Lake County, California, and the date of the original Status Hearing in this case, Thursday, July 10, 2025, is the second scheduled day of the Lake County trial.

2.      The parties hereby agree that due to the defense attorney's prior and very involved trial commitment, and due to the nature of the complex and serious charges against the Defendant in the instant case, the ends of justice are served by continuing the instant case as requested, and those ends

1    outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the

2    Speedy Trial Act.

3         3.    The parties agree that time should be excluded for defense attorney preparation pursuant

4    to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy

5    trial.  Time should be excluded from speedy trial calculations from July 10, 2025, through and including

6    July 31, 2025.  This will provide counsel for the Defendant additional time to review discovery, conduct

7    research into potential defenses, criminal history calculations, and Guidelines, and continue to engage in

8    case-related discussions with his client.  Counsel believes that failure to grant the above-requested

9    continuance would deny him the reasonable time necessary for effective case preparation, taking into

10   account the exercise of due diligence.  The parties further agree that due to the defense attorney's prior

11   and very involved commitment in this case, including reviewing voluminous discovery, and due to the

12   nature of the complex and serious charges against the Defendant in the instant case, that the ends of

13   justice are served by continuing the instant case as requested.

14        4.    Accordingly, the parties agree that for the purpose of computing time under the Speedy

15   Trial Act, 18 U.S.C. § 3161,  et seq., within which trial must commence,  the time period of July 10,

16   2025 to July 31, 2025, inclusive, is also excludable pursuant to  18 U.S.C.§ 3161(h)(7)(A), B(iv)

17   [Local Code T4] because it results from a continuance granted by the Court at  the Defendant's request

18   on the basis of the Court's finding that the ends of justice served by  taking such action outweigh the

19   best interest of the public and the defendant in a speedy trial.  The parties request that the Court exclude

20   time under Local Code T4 through the close of business on July 31, 2025.

21

22   It is so stipulated.

23

24

25

26

27

28

STIPULATION RE STATUS CONFERENCE AND
ORDER

1  Dated:  July 7, 2025                                    Respectfully submitted,

2                                                          MICHELE BECKWITH
                                                           Acting United States Attorney
3

4                                                           /s/ KRISTIN F. SCOTT
                                                           KRISTIN F. SCOTT
5                                                          Assistant United States Attorney

6

7                                                          /s/ PHILIP COZENS
                                                           PHILIP COZENS, ESQ.
8                                                          Attorney at Law
                                                           Attorney for Defendant Angelo Dilnawaz
9

10

11                                       **ORDER**

12          The court, having read and considered the above-stipulation and finding good cause therefore,

13  orders that the Status Conference currently scheduled for July 10, 2025, at 9:30 a.m. in Judge Nunley's

14  Court be re-scheduled for July 31, 2025, at 9:30 a.m. in Judge Nunley's Court.  Time under the Speedy

15  Trial Act is excluded for defense attorney preparation pursuant to Local Code T4 and the Court finds the

16  ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be

17  excluded from Speedy Trial Act calculations from July 10, 2025, through and including July 31, 2025.

18

19  Dated: July 7, 2025

20  _____
                                                           Troy L. Nunley
21                                                         Chief United States District Judge

22

23

24

25

26

27

28

STIPULATION RE STATUS CONFERENCE AND
ORDER